Petition for Writ of Mandamus Dismissed, Stay Lifted, and Memorandum
Opinion filed December 4, 2008








 

Petition
for Writ of Mandamus Dismissed, Stay Lifted, and Memorandum Opinion filed
December 4, 2008.

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00882-CV

____________

 

IN RE SUSIE COFFMAN WEEDN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

This
mandamus proceeding arises from a trial court order signed August 26, 2008.  On
September 26, 2008, we entered a stay order relating to the underlying
proceedings.  On November 18, 2008, relator filed an unopposed motion to
dismiss her petition for writ of mandamus.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
we lift our stay order previously entered on September 26, 2008.  The mandamus
petition is ordered dismissed.

PER CURIAM








Petition
for Writ of Mandamus Dismissed, Stay Lifted, and Memorandum Opinion filed
December 2, 2008.

Panel
consists of Justices Anderson and Frost, and Senior Justice Hudson.*

 

 









* 
Senior Justice J. Harvey Hudson sitting by assignment.